**William Penn School District**
Administration Building
100 Green Avenue
Lansdowne, PA 19050
P 610-284-8005 · F 610-284-8054

| REGISTER | DATE |
|---|---|
| 08/05/2022 B | 08/05/2022 |
| | AMOUNT |
| | **$906.38** |

**PAY:** Nine hundred six and 38/100 **********  _____ DOLLARS

**TO THE ORDER OF:**

Danielle White
1736 North 61st Street
Philadelphia, PA  19151

non-negotiable

# William Penn School District                                                              422639

| Site | Employee Number | Employee Name |
|---|---|---|
| Green Ave | 6395 | White, Danielle |

| Payroll Period Name | Begin Date | End Date | Pay Date | Federal Filing Status | State Filing Status |
|---|---|---|---|---|---|
| Period 03 | 07/23/22 | 08/05/22 | 08/05/2022 | H $0.00 | Regular |

| Earnings | Time | Rate | Comments / Deductions | Amount | YTD | Employer Contribution |
|---|---|---|---|---|---|---|
| Secretary 12 | 70.0000 | 19.0500 | | 1,333.50 | 2,000.25 | |
| Secretary 12 | 0.0000 | 18.5300 | | 0.00 | 18,159.41 | |
| Secretary Fiscal Year Fina | 0.0000 | 18.5300 | | 0.00 | 648.55 | |
| YTD Supplemental Pay | | | | 0.00 | 177.78 | |
| Overtime - Prior Periods | | | | | 453.98 | |
| | | | Prof Dues Suppt | 0.00 | -297.00 | |
| | | | Trumark Financial Credit Uni | -906.38 | | |
| | | | Federal Withholding | -38.73 | -709.09 | |
| | | | FICA | -77.72 | -1,319.36 | 77.72 |
| | | | Medicare | -18.18 | -308.59 | 18.18 |
| | | | State Withholding - PA | -38.48 | -653.28 | |
| | | | Dental - ER | 0.00 | 0.00 | 30.00 |
| | | | ESPA12-HMO-EE/Children-S125 | -80.00 | -160.00 | 719.96 |
| | | | LST L | -2.00 | -32.00 | |
| | | | Phila Wage Tax | -51.20 | -823.28 | |
| | | | PSERS DC-TG | -36.67 | -589.61 | 30.00 |
| | | | PSERS-TG | -83.34 | -1,340.00 | 470.19 |
| | | | SUI | -0.80 | -12.88 | |
| | | | Net Pay | 0.00 | 15,194.88 | |
| | | | YTD Taxable Income | | 19,350.36 | |

| Leave Type | Actual Rate | Period Accrued | Period Taken | Available Balance |
|---|---|---|---|---|
| 16th Holiday | | 0.0000 | 0.0000 | 1.0000 |
| Personal | | 0.0000 | 0.0000 | 3.0000 |
| Sick | | 0.0000 | 0.0000 | 20.0000 |
| Vacation | | 0.0000 | 0.0000 | 10.0000 |