# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              Chapter 13

DANIELLE L. WHITE                       Bankruptcy No. 22-10870-MDC

1736 N 61ST STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DANIELLE L. WHITE

    1736 N 61ST STREET

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/30/2022                                                                                        /s/ Kenneth E. West

                                                                                       _____
                                                                                       Kenneth E. West, Esquire
                                                                                       Chapter 13 Standing Trustee