**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Danielle White,** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 22-10870** |

**PRAECIPE TO WITHDRAW MOTION**

To the Clerk,

    Kindly withdraw Debtor's Motion to Amend Statement of Financial Affairs filed on October 6, 2022, docket number 40.

Dated:  October 8, 2022                          Respectfully Submitted,

                                                          /s/ Michelle Lee

                                                          Michelle Lee, Esquire
                                                          Dilworth Paxson LLP
                                                          1500 Market Street, Suite 3500E
                                                          Philadelphia, PA 19102

{00362533;v1}