# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10870-MDC

DANIELLE L. WHITE

1736 N 61ST STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANIELLE L. WHITE

1736 N 61ST STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
DILWORTH PAXSON LLP
1500 MARKET ST., STE 3500 E.
PHILADELPHIA, PA 19102-

Date: 10/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee