IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Danielle White | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 22-10870-mdc |
| | : | |

## CERTIFICATE OF SERVICE

    Michelle Lee, being duly sworn according to law, deposes and says that she served the Debtor's Chapter 13 Payment Plan, filed on December 14, 2022, upon the following individuals listed below, by electronic means and/or first-class mail on December 14, 2022:

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Danielle White
1736 N. 61st Street
Philadelphia, PA 19151

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

                                        /s/ Michelle Lee, Esq.
                                        Michelle Lee, Esquire
                                        Dilworth Paxson LLP
                                        1500 Market Street, Suite 3500E
                                        Philadelphia, PA 19102