United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Danielle L. White  
    Debtor

Case No. 22-10870-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 17, 2023      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle L. White, 1736 N. 61st Street, Philadelphia, PA 19151-3923 |
| 14688799 | + | JPMC Specialty Mortgage LLC Mortgage, c/o Lily C Calkins, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14697945 | + | US Bank Trust National Association, as Trustee, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681454 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681438 | + | Email/Text: bankruptcy@rentacenter.com | Nov 17 2023 23:40:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14698582 | | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:29 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14681439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:40 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14681441 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2023 23:40:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14681446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:58:26 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14681447 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:40 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14687216 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14681443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 23:39:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14681444 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2023 23:40:34 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 14681445 | ^ | MEBN | Nov 17 2023 23:35:31 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14685685 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:58:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14692888 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 17 2023 23:39:00 | US Bank Trust National Association, c/o MariaTsagaris, Esquire, McCalla Raymer Leibert |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14681448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:36 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14681450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:58:27 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14681449 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:40:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14695436 | ^ | MEBN | Nov 17 2023 23:35:06 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14681451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2023 23:40:29 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14681453 | + | Email/Text: dbogucki@trumark.org | Nov 17 2023 23:40:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14681452 | + | Email/Text: dbogucki@trumark.org | Nov 17 2023 23:40:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14705495 | ^ | MEBN | Nov 17 2023 23:35:32 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696564 | ^ | MEBN | Nov 17 2023 23:35:16 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14681455 | + | Email/Text: megan.harper@phila.gov | Nov 17 2023 23:40:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681442 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Nov 17, 2023    Form ID: 155    Total Noticed: 27

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Danielle L. White bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Danielle L. White
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−10870−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this November 16, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

104 − 13
Form 155