## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle White　　　　　:　　CHAPTER 13
　　　　　　　　　　　　　　　　:
　　　　DEBTOR(S),　　　　　　 :　　CASE NO. 22-10870

## PRAECIPE TO WITHDRAW MOTION

To the Clerk,

　　Kindly withdraw Debtor's Notice of Motion to Modify Plan, filed on October 2, 2024, docket number 116.

Dated: October 2, 2024　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michelle Lee

　　　　　　　　　　　　　　　　　　　　Michelle Lee, Esquire
　　　　　　　　　　　　　　　　　　　　Dilworth Paxson LLP
　　　　　　　　　　　　　　　　　　　　1500 Market Street, Suite 3500E
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102