# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Danielle White | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 22-10870-AMC |

### O R D E R

      **AND NOW, this** _____ **day of** _____**, 2024,** upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

      It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

**Date: February 14, 2025**

_____
**Honorable Bankruptcy Judge**

123344646-1