# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Danielle White** | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 22-10870-djb** |

## PRAECIPE TO WITHDRAW DOCUMENT

To the Clerk,

Kindly withdraw Debtor's Certificate of Default Response, filed on 7/25/2025, docket number 151.

Dated: October 2, 2025                             Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

{00362533;v1}