United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10870-djb

Danielle L. White     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 20, 2025     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle L. White, 1736 N. 61st Street, Philadelphia, PA 19151-3923 |
| 14681438 | + | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14697945 | + | US Bank Trust National Association, as Trustee, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681454 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 21 2025 00:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2025 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 21 2025 00:38:00 | US Bank Trust National Association, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14698582 | | Email/Text: megan.harper@phila.gov | Oct 21 2025 00:38:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681440 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:56:10 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14681439 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:42:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14681441 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2025 00:41:53 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14681446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:42:50 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14681447 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:42:38 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14687216 | | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2025 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14681443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2025 00:38:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

Case 22-10870-djb   Doc 165   Filed 10/22/25   Entered 10/23/25 00:39:52   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14681444 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2025 00:43:29 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14681445 | ^ | MEBN | Oct 21 2025 00:25:29 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14685685 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2025 00:43:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14692888 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 21 2025 00:38:00 | US Bank Trust National Association, c/o MariaTsagaris, Esquire, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14681448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:43:32 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14681450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 00:43:35 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14681449 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 00:42:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14695436 | ^ | MEBN | Oct 21 2025 00:25:30 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14681451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2025 00:54:59 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14681453 | + | Email/Text: dbogucki@trumark.org | Oct 21 2025 00:38:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14681452 | + | Email/Text: dbogucki@trumark.org | Oct 21 2025 00:38:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14705495 | ^ | MEBN | Oct 21 2025 00:25:30 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696564 | ^ | MEBN | Oct 21 2025 00:25:28 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14681455 | + | Email/Text: megan.harper@phila.gov | Oct 21 2025 00:38:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681442 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14688799 | ##+ | JPMC Specialty Mortgage LLC Mortgage, c/o Lily C Calkins, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: pdf900 | Total Noticed: 29 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

**Name**     **Email Address**

CHRISTOPHER A. DENARDO
    on behalf of Creditor JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE LEE
    on behalf of Debtor Danielle L. White bky@dilworthlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Danielle White ) Chapter 13
)
)
)
Debtor. ) Bankruptcy. No. 22-10870

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, in consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: **October 17, 2025**

_____
Hon. Derek J. Baker
U.S. Bankruptcy Judge