L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Danielle White** | : | Chapter 13 |
| | : | |
| **Debtor(s)** | : | Bky. No. 22-10870-djb |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, Michelle Lee, certify that on October 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Dismiss Reserve Jurisdiction

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   10/15/2025                            /s/ Michelle Lee
                                              DILWORTH PAXSON LLP
                                              Michelle Lee, Esq.
                                              1650 Market Street, Suite 1200
                                              Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| **Danielle L. White**<br>1736 N. 61st Street<br>Philadelphia, PA 19151<br>PHILADELPHIA-PA | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | US Trustee | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| Creditors Matrix | Creditors | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**Acceptance Now**
5501 Headquarters Dr
Plano, TX 75024

**Citibank/The Home Depot**
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

**Citibank/The Home Depot**
Po Box 6497
Sioux Falls, SD 57117

**Credit One Bank Na**
Po Box 98872
Las Vegas, NV 89193

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

**IRS**
600 Arch Street, Room 5200
Philadelphia, PA 19106

**IRS**
PO BOX 7346
Philadelphia, PA 19101-7346

**JPMC Specialty Mortgage LLC Mortgage**
c/o Lily C Calkins
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

**Jpmcb Hl**
700 Kansas Lane
Monroe, LA 71203

**KML Law Group, P.C.**
Suite 5000-BNY Independence Center
701 Market Street
Philadelphia, PA 19106

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Macys/dsnb**
Po Box 8218
Mason, OH 45040

**Macys/fdsb**
Po Box 6789
Sioux Falls, SD 57117

**Macys/fdsb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**Philadelphia Gas Works**
800 W Montgomery Avenue
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3Fl

**Portfolio Recovery Associates, LLC**
120 Corporate Blvd Ste 100
Norfolk, VA 23502

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

**Thd/cbna**
Po Box 6497
Sioux Falls, SD 57117

**Trumark Financial Credit Union**
Attn: Bankruptcy
335 Commerce Dr
Fort Washington, PA 19034

**Trumark Financial Credit Union**
335 Commerce Dr
Fort Washington, PA 19034

**US attorney's office - eastern district**
615 Chestnut Street
12 floor
Philadelphia, PA 19106

**US Bank Trust National Association**
c/o MariaTsagaris, Esquire

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

**US Bank Trust National Association as trustee**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**US Bank Trust National Association, as Trustee**
C/O Rebecca Solarz, Esquire
KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**US Bank Trust National Association, et al.**
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

**Water Revenue Bureau**
1401 JFK Boulevard
Philadelphia, PA 19102