Danielle White: $6860.00

| Date | Description | Time |
|---|---|---|
| 3/29/2022 | t/c D re sheriff sale. Needs emergency. | n/c |
| 3/29/2022 | Email Doris re: update DEF; check docket, D claim sheriff sale | .1 |
| 04/04/2022 | File Emergency Petition; pull credit report; pull prior case claims register;<br><br>Intake; provided updated doc checklist | .4<br>1.2 |
| 04/18/2022 | V/M D re deadline<br><br>Email Doris | .1 |
| 04/19/2022 | T/C D re appty, didn't get messages; adv need docs asap; too late to file motion | n/c |
| 04/20/2022 | Review documents, provide updated list<br><br>Finish intake, Review & file petition<br><br>Email Doris, petition filed; will serve plan tomorrow | 1.2<br>2.3 |
| 04/28/2022 | Email exchange Doris re issue w. D not providing docs; property valuation – refer to J Miles to value; | .1 |
| 05/02/2022 | T/C D to review entire petition b/c of new docs received; review additional docs; Amend Sch A/B, C, I, J<br><br>Adv still missing docs; need them asap<br><br>Email Doris – re docs still insufficient | 1 |

|  |  |  |
|---|---|---|
| 06/07/2022 | T/C D re expectations; need all documents or case dismissed and will not refile for her; 341 cont'd | .3 |
| 06/13/2022 | Review lender objection; check POCs<br><br>Status of valuation; email Solarz | .3 |
| 06/18/2022 | Email Doris re request new 341 date; nothing on docked; doc status | . |
| 08/15/2022 | Review petition w. D<br><br>Attend 341 hearing;<br><br>Add notes; check POCs | .4<br><br>.3<br><br>.2 |
| 08/30/2022 | Email Solarz re POC; adv leaving | .1 |
| 10/04/2022 | Email exchange Mayberry re schedules/missing docs | .1 |
| 10/05/2022 | Email exchange Mayberry re schedules/missing docs | .1 |
| 10/06/2022 | T/C LeeAne, MTD dismissed; payment issue; but will refile for delay | .3 |
| 10/20/2022 | Complete application for HAF | 1.6 |
| 10/24/2022 | Review add'l docs for HAF; forward to Doris | .2 |
|  |  |  |

| Date | Description | Hours |
|---|---|---|
| 11/09/2022 | Amend SOFA; Amend I/J Amend Plan; review updated stubs/bank statements<br><br>T/C trustee; hearing continued | .9<br><br>.4 |
| 11/09/2022 | Email exchange re HAF | .1 |
| 11/14/2022 | Email exchange Phoenix re HAF | .2 |
| 11/16/2022 | Review MFR; check A/B<br><br>Email D re MFR, need proof of payment; Email Brian re payment history request | .1<br><br>.1 |
| 11/16/2022 | Email Doris – COS need to be filed for AP<br><br>Email Exchange Doris re MFR | .2 |
| 11/28/2022 | Email exchange Doris re MFR | .2 |
| 11/29/2022 | File Response to MFR<br><br>Email exchange Doris re MFR | .4 |
| 12/12/2022 | Email exchange re MFR; hearing cont'd | .2 |
| 12/14/2022 | Amend Plan; t/c LeeAne | .4 |
| 12/14/2022 | Review HAF portal | .2 |
| 01/09/2023 | Email exchange re MFR | .2 |
| 01/18/2023 | Email Doris re COS<br><br>Review file | .1<br><br>.1 |

|            | T/C LeeAne                                      | .3 |
|------------|--------------------------------------------------|----|
| 02/07/2023 | Review file                                     | .2 |
| 02/08/2023 | T/C LeeAne re confirmation/HAF issues           | .2 |
|            | Email exchange Doris re HAF                     | .2 |
|            | Email exchange LeeAne re HAF                    | .1 |
| 02/09/2023 | Email exchange Denise Carlon re MFR/HAF         | .2 |
| 02/10/2023 | Email exchange Denise Carlon re HAF             | .1 |
| 02/13/2023 | Email exchange Denise Carlon re MFR/HAF         | .2 |
| 02/15/2023 | Email exchange Denise Carlon re MFR/HAF         | .1 |
| 02/17/2023 | Email exchange Denise Carlon re MFR/HAF         | .2 |
| 02/18/2023 | Email exchange Denise Carlon re MFR/HAF         | .1 |
| 02/19/2023 | Email exchange Denise Carlon re HAF status      | .2 |
| 03/14/2023 | T/C HAF re transfer of funds issue              | .5 |
|            | Attend MFR, hearing cont'd                      | .2 |
| 03/22/2023 | T/C Huggins re update HAF/confirmation          | .2 |
| 04/01/2023 | Email exchange Mark Cronin re MFR               | .1 |
| 04/05/2023 | Email exchange Mark Cronin re MFR               | .1 |

| Date | Description | Hours |
|---|---|---|
| 04/13/2023 | Email exchange Mark Cronin re MFR | .1 |
| 04/25/2023 | T/C Huggins re update HAF/confirmation; long cont'd date | .2 |
| 05/19/2023 | Email exchange Mark Cronin re HAF/MFR | .2 |
| 05/20/2023 | Email exchange Mark Cronin re adequate protection; look up realestate; forward schedule | .3 |
| 06/01/2023 | Callin; confirmation cont'd | .1 |
| 06/19/2023 | T/C Cronin re MFR | .4 |
| 06/20/2023 | Email exchange Mark Cronin re MFR | .1 |
| 06/20/2023 | Email Godfrey | n/c |
| 07/05/2023 | Email Doris re case dismissal; NDC; payments; plan | .1 |
| 07/05/2023 | t/c Brittney – claims D texted her & left v/m re payment<br><br>v/m D re case to be dismissed unless receive amended income for I/J | .1 |
| 07/05/2023 | File Proposed order<br><br>T/C Huggins; | .2 |
| 07/05/2023 | Amend I/J | .3 |
| 07/06/2023 | Appear at hearing on MTD @ 11; | .3 |

| | | |
|---|---|---|
| 08/01/2023 | T/C Mark re stipulation | .1 |
| 08/02/2023 | Email Mark Cronin re stipulation/MFR | .1 |
| | T/C Huggins re confirmation | .1 |
| 08/04/2023 | Email exchange Mark Cronin re stipulation | .1 |
| 08/05/2023 | Email exchange Mark Cronin re stipulation | .1 |
| 08/17/2023 | Email exchange Mark Cronin re stipulation | .1 |
| 08/15/2023 | Email re confirmation | .1 |
| 08/17/2023 | Amend Plan; check HAF status | .4 |
| 08/21/2023 | T/C Cronin re MFR/HAF/Stipulation | .4 |
| 08/22/2023 | Email exchange Mark Cronin re stipulation | .1 |
| 8/22/2023 | Review stipulation; t/c D re stipulation; MUST make mortgage payment; trustee payment | .4 |
| 09/14/2023 | T/C Huggins re confirmation; lender objection | .2 |
| 09/15/2023 | T/C Cronin re HAF/confirmation | .3 |
| 10/02/2023 | Email R Phoenix @ PAHAF - HAF re receipt of funds | .1 |
| 10/02/2023 | Email exchange Cronin re confirmation; will press; objection pointless | .1 |

| 10/16/2023 | Prepare & File 4th AP | .3 |
| --- | --- | --- |
| 10/18/2023 | T/C huggins re MTD | .2 |
| 11/08/2023 | Email exchange Mark Cronin re confirmation, lender objection | .1 |
| 11/09/2023 | T/C Leeane | .3 |
| 11/15/2023 | Email exchange Phoenix re HAF grant | .2 |
| 11/15/2023 | 3-way call Cronin/Phoenix re HAF Grant status | .5 |
| 11/16/2023 | Appear @ Confirmation; Press over lender objection<br><br>Email exchange Cronin re stipulation | .5 |
| | Total Hours | 19.6 @ 350 |