**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Danielle White                                              CHAPTER 13

    DEBTOR(S)                                              BANKRUPTCY NO: 22-10870

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application, Supplmental Application and Proposed Order on November 6, 2025, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or
written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated: 1/30/2026

/s/ Michelle Lee, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
bky@dilworthlaw.com