**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Danielle White                   CHAPTER 13

    DEBTOR(S)                        BANKRUPTCY NO: 22-10870

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>November 6, 2025</u> as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: 1/30/2026                        <u>/s/ Michelle Lee, Esq.</u>
                                              Dilworth Paxson LLP
                                              1650 Market Street, Suite 1200
                                              Philadelphia, PA 19103